# Third District Court of Appeal

## State of Florida

Opinion filed July 13, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2413
Lower Tribunal No. 00-37276
_____

### Norberto Enrique Dominguez,
Appellant,

vs.

### The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Rodney Smith, Judge.

Norberto Enrique Dominguez, in proper person.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.

Before ROTHENBERG, LAGOA, and LOGUE, JJ.

PER CURIAM.

Appellant, Norberto Enrique Dominguez, seeks review of an order denying

his Florida Rule of Criminal Procedure 3.850 motion for postconviction relief. We

dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

The order on appeal was rendered[1] on September 16, 2015, and Appellant's notice of appeal was filed on October 19, 2015, more than thirty days past the date of rendition. Accordingly, because this Court lacks jurisdiction, we dismiss this appeal as untimely. See Joseph v. State, 157 So. 3d 546 (Fla. 1st DCA 2015); Guzman v. State, 364 So. 2d 523 (Fla. 2d DCA 1978).

DISMISSED.

---

[1] Rule 9.020(i), Fla. R. App. P., defines rendition as follows: "An order is rendered when a signed, written order is filed with the clerk of the lower tribunal."